UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:14-CV-1789-ORL-18DAB

CORE CONSTRUCTION SERVICES
SOUTHEAST, INC. d/b/a CORE
CONSTRUCTION, a Florida Corporation,

        Plaintiff,

v.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

        Defendant.
_____/

## REQUEST FOR JURY TRIAL

Plaintiff Core Construction Services Southeast, Inc. d/b/a Core Construction ("Core"), and Defendant Crum & Forster Specialty Insurance Company ("Crum & Forster Specialty"), in accordance with this Court's instruction at the hearing conducted January 19, 2016, hereby advise the Court that the parties have conferred and could not agree to have a bench trial on any factual questions. Any factual questions, including the issue of whether the addendum was attached to and a part of the subcontract (the "Webster issue"), should be left to the jury.

                              Respectfully submitted,

| VER PLOEG & LUMPKIN, P.A. | THORNTON, DAVIS & FEIN, P.A. |
|---|---|
| 100 S.E. Second Street, 30th Floor | 1221 Brickell Avenue, Suite 1600 |
| Miami, FL 33131 | Miami, FL 33131 |
| 305-577-3996 | 305-446-2646 |
| 305-577 3558 *facsimile* | 305-441-2374 *facsimile* |
| | |
| */s/ Stephen A. Marino, Jr.* | */s/ Michael C. Gordon* |
| **Stephen A. Marino, Jr.** | **Barry L. Davis** |
| Florida Bar No. 79170 | Florida Bar No. 294977 |
| smarino@vpl-law.com | davis@tdflaw.com |

**Rochelle N. Wimbush**
Florida Bar No. 74200
rwimbush@vpl-law.com
*Counsel for Core Construction Services Southeast, Inc.*

**Michael C. Gordon**
Florida Bar No. 149284
gordon@tdflaw.com
*Counsel for Crum & Forster Specialty Ins. Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/*Michael C. Gordon*
**Michael C. Gordon**

### SERVICE LIST
*Core Construction Services Southeast, Inc. v. Crum & Forster Specialty Ins. Co.*
**Case No. 6:14-cv-1789-GKS-DAB**
**United States District Court, Middle District of Florida**

Stephen A. Marino, Jr., Esq.
Rochelle N. Wimbush, Esq.
Michal Meiler, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL 33131
305-577-3996
305-577 3558 *facsimile*
smarino@vpl-law.com
rwimbush@vpl-law.com
mmeiler@vpl-law.com
*Counsel for Core Construction*

Holly S. Harvey, Esq.
Michael C. Gordon, Esq.
Barry L. Davis, Esq.
Thornton, Davis & Fein, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
305-446-2646
305-441-2374 *facsimile*
harvey@tdflaw.com
gordon@tdflaw.com
*Counsel for Crum & Forster Specialty*