# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**CORE CONSTRUCTION SERVICES SOUTHEAST, INC.,**

      Plaintiff,

v.                                                                                      Case No:  6:14-cv-1789-Orl-31KRS

**CRUM & FORSTER SPECIALTY INSURANCE COMPANY,**

      Defendant.

---

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR PLAINTIFF:** | Stephen A. Marino, Jr. |
| **DEPUTY CLERK:** | Lisa Maurey | | |
| **COURT REPORTER:** | Sandy Tremel | **COUNSEL FOR DEFENDANT:** | Barry L. Davis |
| **DATE/TIME:** | February 25, 2016 at 1:30 PM | | |

---

## MINUTES
### Final Pretrial Conference and Motions Hearing

| | |
|---|---|
| 1:30 p.m. | Court in session.  Appearances.  Procedural setting by the Court. |
| | Court inquires with counsel regarding issues of the case. |
| | Parties to refine exhibit and witness lists and file the same within ten days. |
| | The Court hears argument on the pending motions in limine. |
| | The Court advises counsel as to its procedures and deadlines. |
| | Trial will be rescheduled to begin Tuesday, March 22, 2016.  Electronic notice to follow. |
| | Written trial order to enter. |
| 2:18 p.m. | Court adjourned. |

Total time in court:  48 minutes