# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CASE NO. 6:14-cv-1789-GAP-KRS

CORE CONSTRUCTION SERVICES
SOUTHEAST, INC., d/b/a CORE
CONSTRUCTION, a Florida Corporation,

    *Plaintiff,*

v.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

    *Defendant.*

_____/

## AMENDED EXHIBIT LIST

_____ Government   X Plaintiff   _____ Defendant   _____ Court

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit | |
|---|---|---|---|---|---|---|
| 1. | 3-22-16 | 3-22-16 | Wiseman | R 403 A I H F/P | 7/1/04 | Dunn Lumber Subcontract (Freeman 0001-0021) |
| 2. | 3-22-16 | 3-22-16 | Wiseman | R 403 A H F/P | 6/30/06 | Certificate of Liability (Crum) (CCG 0012-0013) |
| 3. | 2 | | | | 7/7/06 | Commercial General Liability Policy issued by Crum and Foster (CF 217-288) |
| 4. | 3-22-16 | 3-22-16 | Wiseman | R 403 A H F/P | 8/4/06 | Certificate of Liability (Crum) (CCG 0016-0017) |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objections. Otherwise, specifically state each objections to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's stamp.

Crum's Objection Codes: R-Relevancy; 403- FRE 403; H-Hearsay; A-Authenticity; C-Cumulative; F/P-lack of proper foundation/predicate; I-Incomplete exhibit

The parties do not stipulate to the admission of any of the exhibits identified herein, whether or not an objection to the exhibit has been asserted.

| # | ID | Adm | Wit | Obj | | | |
|---|---|---|---|---|---|---|---|
| 5. | | | | | F/P I | 5/14/09 | Letter from Core to Mickey Turi (CCG 0010) |
| 6. | | | | | F/P I | 5/14/09 | Letter from Core to Mickey Turi (CCG 0011) |
| 7. | | | | | R H I<br>F/P 403 | 6/3/09 | Letter from Daniel Webster to David Sabo (CF77-78) |
| 8. | | | | | I R A 403<br>F/P H | 6/4/09 | Letter from Marc Collins to Dunn Lumber (CF 28) |
| 9. | 3-22-16 | 3-22-16 | Webster | | R A 403<br>H F/P I | 6/10/09 | Email from Daniel Webster to G. Beasley at Brown and Brown (Weber SDT 0131) |
| 10. | | | | | A R 403<br>H F/P | 6/22/09 | Letter from Stephen Spica to Daniel Webster (Penn Lumber 0001-0004) |
| 11. | | | | | F/P | 3/26/10 | Letter from Marc Collins to Crum & Forster (CCG 0001-0002) |
| 12. | | | | | R F/P 403 | 5/11/10 | Letter from Crum & Forster to Dunn (from Webster SDT 0111-0113) |
| 13. | | | | | | 5/11/10 | Letter from Luann Melillo (Crum) to Marc Collins (CCG 0003-0004) |
| 14. | | | | | I F/P | 5/19/10 | Letter from Marc Collins to Luann Melillo (CCG 0005) |
| 15. | | | | | | 8/2/10 | Letter from Luann Melillo to Marc Collins (CCG 0006-0009) |
| 16. | | | | | R 403 F/P H C | various | Checks from Core to Dunn Lumber (CCG 0729, 0732, 0735, 0740, 0743, 0747, 0751, 0758, 0765, 0769, 0776, 0784, 0788, 0792, 0796, 0801, 0805, 0809, 0813, 0821, 0826, 0830, 0835) |
| 17. | 3-22-16 | 3-22-16 | Wiseman | | R A<br>F/P H 403 | various | Dunn Lumber Pay Applications (CCG 0489, 0511, 0549, 0551, 0556, 0558, 0560, 0564, 0570, 0581, 0587, 0591, 0598, 0604, 0607, 0612, 0625, 0634, 0638, 0641, 0644, 0648, 0652, 0657, 0661) |

| # | ID | Adm | Wit | Obj | | | Description |
|---|----|----|-----|-----|---|---|-------------|
| 18. | 3-22-16 | 3-22-16 | Wiseman | | R A H F/P C 403 | various | Sworn Statements from Subcontractor to Contractor (CCG 0490, 0512, 0550, 0552, 0557, 0559, 0561-0562, 0565-0566, 0571-0571, 0582-0583, 0588-0589, 0600-0601, 0605-0606, 0609, 0608-0609, 0613- 0614, 0626, 0635-0636, 0639-0640, 0642-0643, 0645-0646, 0649, 0651, 0655-0656, 0658-0659, 0662-0663 |
| 19. | 3-22-16 | 3-22-16 | Wiseman | | R H A F/P 403 | various | Dunn Invoices (CCG 0487, 0492, 0494, 0496, 0500, 0502, 0504, 0508, 0513, 0517, 0522, 0524, 0525, 0527, 0528, 0529, 0531, 0533, 0535, 0537, 0539, 0542, 0544, 0546, 0548, 0553, 0554, 0555, 0563, 0573, 0595, 0619, 0627, 0637, 0664-0665 |
| 20. | 3-22-16 | — | Webster | | | various | Florida Department of State Division of Corporations – Detail by Entity Name |
| 21. | | | | | | various | Florida Profit Corporation Annual Report for The Dunn Corporation and related filings |
| 22. | | | | | | | Docket for *Artisan Club Condominium Association, Inc. vs. The St. Joe Company* - 2009 CA 010804 OC |
| 23. | | | | | | | All demonstrative aids produced by any party |
| 24. | | | | | | | All exhibits listed on Defendant's Exhibit List which Plaintiff does not object to or which Plaintiff has expressly agreed |
| 25. | | | | | | | All documents necessary for rebuttal and/or impeachment |

3