UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA ORLANDO
DIVISION

CASE NO. 6:14-cv-1789-GAP-KRS

CORE CONSTRUCTION SERVICES
SOUTHEAST, INC., d/b/a CORE
CONSTRUCTION, a Florida Corporation,

    *Plaintiff,*

v.

CRUM & FORSTER SPECIALTY INSURANCE
COMPANY,

    *Defendant.*
_____/

### JURY VERDICT

We, the jury, return the following verdict:

1. Did Core Construction enter into a Subcontract with The Dunn Corporation with respect to the Artisan Park Club Condominium Project?

    __X__ Yes             _____ No

2. Did the Subcontract include The Dunn Corporation Addendum?

    _____ Yes            __X__ No

Please date and sign this verdict form and return it to the courtroom.

SO SAY WE ALL, this 23 day of March, 2016.

                                   *[signature]*
                                   FOREPERSON